UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

OCT 24 2018

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> v. § <br> *DESIMOND § <br> ERIC ~~DESMOND~~ THOMAS § <br>   AKA ERIC ~~DESIMOND~~ THOMAS § <br>   AKA THE EYE   DESMOND § <br>   AKA ADIDA § <br>   AKA THE TRUTH § <br>   AKA THE UNKNOWN § | CRIMINAL NUMBER <br><br> C-18-1223 |

*Amended per Court's Order on 9/26/19

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

Between or about January 6, 2018, and on or about January 9, 2018, in the Southern District of Texas and within the jurisdiction of the Court, the defendant,

ERIC DESMOND THOMAS,
AKA ERIC DESIMOND THOMAS,
AKA THE EYE,
AKA ADIDA,
AKA THE TRUTH,
AKA THE UNKNOWN,

did threaten to assault H.L.R., a United States Judge, with intent to retaliate against H.L.R. on account of the performance of H.L.R.'s official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

COUNT TWO

Between or about June 1, 2017 and on or about September 13, 2018, in the Southern District of Texas and within the jurisdiction of the Court, the defendant,

ERIC DESMOND THOMAS,
AKA ERIC DESIMOND THOMAS,
AKA THE EYE,

AKA ADIDA,
AKA THE TRUTH,
AKA THE UNKNOWN,

With the intent to harass and intimidate, used the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce, to wit: used the telephone, the mail, and e-mail, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to H.L.R.

In violation of Title 18, United States Code, Section 2261A(2)(B).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: _____
BRITTANY L. JENSEN
Assistant United States Attorney