United States District Court
Southern District of Texas
**ENTERED**
October 31, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CR. C-18-1223-1 |
| Eric Desimond Thomas | § | |

## SENTENCING ORDER

On the 31st day of October 2019, the defendant was found guilty. A Pre-Sentence Report is ordered and a sentencing schedule is established as follows:

1. No later than **December 4, 2019**, the United States Probation Office will complete a Pre-Sentence Report. Pursuant to Rule 32.4, Local Rules of the Southern District of Texas, the United States Probation Office will not advise counsel of the completion of the PSI Report.

2. No later than **December 19, 2019**, each counsel shall furnish a written statement to the United States Probation Office stating either that there are objections and describing them or that there are no objections. The defendant shall also sign the Defendant's Statement. Further, parties are then ordered to file all unresolved objections with the Court, ten days prior to sentencing.

3. No later than **December 30, 2019**, the United States Probation Office shall prepare the final Pre-Sentence Report and furnish it to the Court and the parties.

4. The defendant must appear for sentencing on **January 13, 2020 at 8:30 a.m.** before the Hon. Janis Graham Jack.

DEFENDANT SHOULD NOTE THAT YOU HAVE A RIGHT TO HAVE YOUR ATTORNEY PRESENT WHEN YOU MEET WITH THE PROBATION DEPARTMENT.

All parties and their counsel and the United States Probation Office shall comply fully with Local Rule 32 in the completion and review of the Pre-Sentence Report.

Ordered this 31st day of October 2019.

Acknowledged:

_____
**JANIS GRAHAM JACK**
**SENIOR UNITED STATES DISTRICT JUDGE**

_____
**Defendant**

_____
**Defendant's Counsel**

_____
**Asst. United States Attorney**